# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

AMERICAN PIZZI OFFSET CORP., a subsidiary of ARTI GRAFICHE AMILCARE PIZZI S.P.A.,

        Plaintiff,

-against-

THE AMERICAN GOLFER, Defendant.

**APPEARANCE**

CASE NUMBER: 3:02MC109 (JCH)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:

American Pizzi Corp., a subsidiary of Arti Grafiche Amilcare S.P.A.

August 15, 2006
Date

CT18420
Connecticut Federal Bar Number

203-254-4461
Telephone Number

203-254-4464
Fax Number

rchinitz@doran-chinitz.com
E-mail address

Signature

Ross M. Chinitz
Print Clearly or Type Name

Doran & Chinitz, LLC
Address

1698 Post Road East

Westport, CT  06880

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following:

Hauser & Associates, P.C.
591 Broadway, Suite 3A
New York, NY  10012

Signature

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)

Appearance.frm.Jan.2001