UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

AMERICAN PIZZI OFFSET CORP., a
subsidiary of ARTI GRAFICHE
AMILCARE PIZZI S.P.A.

VS.                                    CIVIL ACTION NO. 3:02MC109 (JCH)

THE AMERICAN GOLFER, INC.

## MOTION FOR APPOINTMENT OF PERSON
## TO SERVE PROCESS

Plaintiff moves this Court to appoint ___Joseph Purcell___, a qualified person over eighteen (18) years of age, residing in ___Greenwich___, Connecticut, and not a party to or attorney in this action to serve papers, other than the summons and complaint, in the above-entitled action for the reason that the United States Marshal's Office no longer makes service of private process. (See Rule 4, F.R.Civ.P.)

Dated at ___Westport___, Connecticut, this __17th__ day of __August__, __2006__.

_____         _____
Ross M. Chinitz (CT18420)                        Attorney for Plaintiff

SO ORDERED.

KEVIN F. ROWE, CLERK

By:_____
_____Deputy Clerk

Dated:_____, _____

Procedure\process.apt Rev.9/99